# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY JOHNSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83074

**FILED**

JUL 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se petition seeks a writ of mandamus compelling the district court to grant petitioner's postconviction petition for a writ of habeas corpus on the basis that NDOC has erred in calculating and applying his credits. Having considered the petition, we are not persuaded that our extraordinary intervention is warranted because an appeal from an adverse ruling below constitutes a plain, speedy, and adequate remedy precluding writ relief. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (explaining that a writ of mandamus is proper only when there is no plain, speedy, and adequate remedy at law, that an appeal is generally an adequate remedy

 
21-18956

precluding writ relief, and that petitioner bears the burden of demonstrating that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Joseph Hardy, Jr., District Judge
Corey B. Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk